AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

Joey Uruo

v.

DOC, et al

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-173-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to  hearing  before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED  The Complaint if DISMISSED With Prejudice for failure to state a claim upon which relief may be granted, 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

| | |
|---|---|
| March 24, 2008 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Vikki Johnson |
| | *(By) Deputy Clerk* |
| | Vikki Johnson |